846 A.2d 671

**In re NOMINATION PETITION OF Ernest SIMON, Candidate for Senator in the General Assembly From District No. 37.**

**Appeal of Mary L. Palmer, Joyce S. Pogozelski and Michelle Stolfer.**

Supreme Court of Pennsylvania.

April 7, 2004.

Attorney Steven Moreno Williams, for Mary Et al Palmer.

Frank Louis Cecchetti, Pittsburgh, for Ernest Simon.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, BAER, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of April 2004, we **AFFIRM** the Order of the Commonwealth Court.